**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1041**

---

KEITH S. BROWN,

Plaintiff - Appellant,

and

DANIEL BROWN, an infant, who brings this
action by his next friend,

Plaintiff,

versus

NATALIE RAMSEY; RUBY HART,

Defendants - Appellees,

and

KAREN DAVIS; JOSEPH RAMSEY; JUANITA JOYCE;
MARY JANE LECKRONE; BILLY K. CANNADAY, JR.;
STEPHANIE MOATS; ARLISS KETCHUM; GAIL HEATH;
JAMES M. HAGGARD,

Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (CA-98-75)

---

Submitted: May 8, 2001              Decided: May 21, 2001

---

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Keith S. Brown, Appellant Pro Se.  Timothy Meade Richardson, HUFF, POOLE & MAHONEY, P.C., Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith S. Brown appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) and 42 U.S.C. §§ 1985 & 1986 (West 1994) complaints.  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See Brown v. Ramsey, No. CA-98-75 (E.D. Va. Nov. 24, 2000).  We deny Appellees' motion to dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED